AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

Adrian Vinicio Andrade Narvaez

*Plaintiff(s)*

v.

U.S. Crane & Rigging, LLC and Thomas Auringer

*Defendant(s)*

Civil Action No. 19-cv-2394

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Crane & Rigging, LLC
Thomas Auringer
99 St. Nicholas Avenue
Brooklyn, New York 11237

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Slater Slater Schulman LLP
Matthew Madzelan, Esq.
445 Broad Hollow Road, Suite 334
Melville, NY 11747

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 3/19/2019

/s/ P. Canales

*Signature of Clerk or Deputy Clerk*