USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/10/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ADRIAN VINICIO ANDRADE NARVAEZ,

                Plaintiff,

      -against-

U.S. CRANE & RIGGING, LLC. et al.,

                Defendants.
----------------------------------------------------------------X

19-CV-2394 (KHP)

**INITIAL CASE MANAGEMENT CONFERENCE CONVERSION ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Initial Case Management Conference in this matter scheduled for **Thursday, August 19, 2021, at 12:30 p.m.** is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

      SO ORDERED.

DATED:    New York, New York
              August 10, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge