```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____               │
│ DATE FILED:   08/19/2021             │
└─────────────────────────────────────┘
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ADRIAN VINICIO ANDRADE NARVAEZ,

                                        Plaintiff,                           **19-CV-2394 (KHP)**

                    -against-                                       **ORDER SCHEDULING**
                                                                    **SETTLEMENT CONFERENCE**
U.S. CRANE & RIGGING, LLC. et al.,

                                        Defendants.
------------------------------------------------------------------X
**KATHARINE H. PARKER, United States Magistrate Judge:**

        A settlement conference in this matter is scheduled for **Monday, November 1,**

**2021 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New

York, New York.    Parties must attend in-person with their counsel.  Corporate parties must

send the person with decision making authority to settle the matter to the conference.

**Counsel and parties are required to follow the Court's COVID-safety protocols and should**

**review the Court's website in advance of the conference for the most up to date**

**information.** The parties are instructed to complete the Settlement Conference Summary

Report and prepare pre-conference submissions in accordance with the Judge Parker's

Individual Rules of Practice.  Pre-conference submissions must be received by the Court no

later than **October 25, 2021 by 5:00 p.m.**

        **SO ORDERED.**

DATED:        New York, New York
              August 19, 2021

                                                    *Katharine H. Parker*
                                                    _____
                                                    KATHARINE H. PARKER
                                                    United States Magistrate Judge