

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/2021

**MEMO ENDORSED**

October 25, 2021

**VIA ECF**
The Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court, Courtroom 17D
Southern District of New York
500 Pearl Street
New York, NY 10007

        **Re:**   Narvaez v. NYC Crane Hoist & Rigging, et al.
                Index No.: 19-cv-2394 (AJN)(KHP)

Dear Judge Parker:

      This office represents Plaintiff in the above captioned matter. This letter is jointly written to request an adjournment of the Settlement Conference that is currently scheduled for November 1, 2021, before Your Honor. Plaintiff has responded to Defendants' discovery demands and Defendants' counsel advised that he will produce responses to Plaintiff's discovery demands by November 5, 2021. Until then, the parties cannot engage in meaningful settlement negotiations. The parties have mutually expressed an interest to promptly resolve the matter outside of court upon the completion of paper discovery. This is the parties' first request for an adjournment of this conference. The parties therefore respectfully request an adjournment date of November 29, 2021, or whenever the court has availability.

      We thank the Court in advance for its attention to this matter.

                                    Very truly yours,

                                    /s/ Ramsha Ansari
                                    Ramsha Ansari, Esq.

cc: Timothy McColgan, Esq. (VIA ECF)

www.sssfirm.com
MANHATTAN   LONG ISLAND   PENNSYLVANIA   NEW JERSEY   LOS ANGELES
445 Broad Hollow Road, Suite 419, Melville, NY 11747 | 631.420.9300

**APPLICATION GRANTED:**   The Settlement Conference in this matter is scheduled for Monday, November 1, 2021 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Wednesday, December 8, 2021 at 2:00 p.m.</u>  Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>December 1, 2021 by 5:00 p.m.</u>

APPLICATION GRANTED

*[Signature]*

Hon. Katharine H. Parker, U.S.M.J.

10/25/2021