# TIMOTHY P. MCCOLGAN

## ATTORNEY AT LAW

♦ 20 DUZINE ROAD ♦
♦ NEW PALTZ ♦ NEW YORK ♦ 12561♦
PHONE: (914) 490-1604     FAX: (845) 419-5282
EMAIL: MCCOLGANLAW@TWCMETROBIZ.COM

December 1, 2021

The Honorable Katherine H. Parker
United States Magistrate Judge
United States District Court, Courtroom 17D
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/01/2021

# MEMO ENDORSED

RE:     **Narvaez v. NYC Crane Hoist & Rigging, et al.**
        **Index No.: 19-cv-2394**

Dear Judge Parker,

I represent all Defendant(s) in the above reference case. We are scheduled for a settlement conference on December 8th with pre-settlement conference submissions due today, December 1, 2021.

I must inform the Court that in April of 2021 I was diagnosed with covid related pulmonary embolisms (blood clots) in both my right and left lung. My recovery was going well. However, in the second week of November, 2021, I came down with a non-covid related respiratory infection and due to the pre-existing condition, I have been at home convalescing since that time. I am still coughing and experiencing nasal symptoms. As you can imagine I have become persona non grata.

As a result, I have been delayed in my responses to Plaintiff in this case. We have discussed settlement and we have made an offer to Plaintiff which was rejected but when recovered I will meet with my client in an attempt to increase our offer.

I would respectfully request one final adjournment to the first week of January, may it please the Court. Counsel for Plaintiff, Ramsha Ansari, Esq., has consented to my request. I expect the case to either be settled or for document discovery to be complete by the first week of January.

I thank the Court for your attention in this regard.

Respectfully submitted

Timothy P. McColgan, Esq.

cc: Ramsha Ansari, Esq. (VIA ECF)

**APPLICATION GRANTED:** **The Settlement Conference in this matter is scheduled for Wednesday, December 8, 2021 at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Monday, January 24, 2022 at 2:00 p.m.</u> Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>January 17, 2022 by 5:00 p.m.</u>**

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

12/01/2021