```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/06/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ADRIAN VINICIO ANDRADE NARVAEZ,

                                Plaintiff,                                   **19-CV-2394 (KHP)**

        -against-                                     **ORDER CONVERTING**
                                                                            **SETTLEMENT CONFERENCE TO**
U.S. CRANE & RIGGING, LLC. et al.,                       **TELEPHONIC**

                                Defendants.
----------------------------------------------------------------X
**KATHARINE H. PARKER, United States Magistrate Judge:**

       The Settlement Conference in this matter scheduled for **Monday, January 24, 2022 at 2:00 p.m.** is hereby converted to a telephonic conference. The Parties' should call into the court conference line at **(866) 434-5269 Code: 4858267** at the scheduled time. **A security code will be emailed to counsel by chambers for his proceeding.** Pre-conference submissions must be received by the Court no later than **January 17, 2022 by 5:00 p.m.**

       SO ORDERED.

DATED:       New York, New York
                 January 6, 2022

                                                                  *[signature: Katharine H. Parker]*
                                                                  _____
                                                                  KATHARINE H. PARKER
                                                                  United States Magistrate Judge