```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/15/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
ADRIAN VINICIO ANDRADE NARVAEZ,

                        Plaintiff,                            **19-CV-2394 (KHP)**

       -against-                                  **ORDER ADJOURNING**
                                                           **SETTLEMENT CONFERENCE**

U.S. CRANE &RIGGING, LLC. ET AL.,

                        Defendants.
----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the parties' representation that they have settled this matter, the Settlement Conference scheduled for **January 24, 2022** is hereby adjourned *sine die*.

      **SO ORDERED.**

DATED:      New York, New York
                  January 15, 2022

                                                     _____
                                                     KATHARINE H. PARKER
                                                     United States Magistrate Judge